Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| THOMAS DRAKE<br><br>JOSEPHINE DRAKE | ) Chapter 13<br>)<br>) Case No.: 8:09-bk-24363-TA<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301172** in the sum of **$ 81.51** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    ORANGE COUNTY TAX COLLECTOR
    PO BOX 1438
    SANTA ANA, CA 91410

Date: September 10, 2011          __/S/_____
                                   Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0924363 | THOMAS & JOSEPHINE DRAKE<br>ACCT: 285-031-07.00 | Claim: 00044 | XXX-XX-3578<br>XXX-XX-2612 | 81.51 | 0.00 | 81.51 |
| | | TOTALS | | 81.51 | 0.00 | 81.51 |

```
THOMAS DRAKE
JOSEPHINE DRAKE
BALANCE:       3,322.00   [0.00  27/00044]
SSN: XXX-XX-3578    SSN: XXX-XX-2612
ACCT: 285-031-07.00           CASE: 0924363
PRINCIPAL:       81.51   INTEREST:        0.00
```

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79 / 611

0301172

Sep 09, 2011

VOID 90 DAYS FROM DATE

********$81.51

PAY  Eighty One And 51/100 Dollars

TO THE ORDER OF  U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0301172⑈ ⑆061100790⑆ 0000005751862⑈